# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ALI SHAHROKH,

    Plaintiff,

vs.

JUDGE MATTHEW HARTER, in His Honor's Official Capacity as Judicial Officer; JUDGE LINDA BELL, in Her Honor's Official Capacity as Judicial Officer; JUDGE MICHAEL P. GIBBONS, in His Honor's Official Capacity as Judicial Officer; CLARK COUNTY; THE STATE OF NEVADA; and DOES 1 - 10,

    Defendants.

2:20-cv-01019-APG-VCF

**ORDER**

Before the Court is the Motion for Leave to File Second Amended Complaint (ECF NO. 22).

Defendants have filed a Notice of Non-Opposition to the instant motion.  (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that the Motion for Leave to File Second Amended Complaint (ECF NO. 22) is GRANTED.  Plaintiff must file the Second Amended Complaint on or before August 7, 2020.

DATED this 22nd day of July, 2020.

                                              CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE