# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ALI SHAHROKHI,

    Plaintiff,

vs.

JUDGE MATTHEW HARTER, *et al.*,

    Defendant.

2:20-cv-01019-APG-VCF

**ORDER**

Before the Court are two subpoenas filed by Plaintiff (ECF NOS. 41 & 42).

Accordingly,

IT IS HEREBY ORDERED that an in-person pretrial conference, in accordance to Federal Rule of Civil Procedure 16, and a hearing on the two subpoenas filed by Plaintiff (ECF NOS. 41 & 42), are scheduled for 10:00 AM, August 18, 2020, in Courtroom 3D, United States District Court, Lloyd D. George Courthouse, 333 S. Las Vegas Blvd, Las Vegas, Nevada 89101.

DATED this 5th day of August, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE